**Jack FRIEDMAN et al., d/b/a Freeds & Royal, Appellants, v. COMMONWEALTH of Kentucky ex. rel. DIVISION OF UNEMPLOYMENT INS., Appellee.**

Court of Appeals of Kentucky.

March 19, 1954.

Smith, Reed & Leary, Rudy Yessin, Frankfort, for appellant.

Campbell R. Van Sant, Frankfort, for appellee.

PER CURIAM.

Appellants have moved that the court grant an appeal from a judgment entered whereby it was adjudged that appellee recover from them the sum of $423.73, with certain penalties and interest.

We have concluded, under the facts stipulated in this case, that appellants were "successor in interest", within the meaning of the phrase as used in KRS 341.540, and the motion for appeal is, therefore, denied.

Judgment affirmed.